**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00950-CV

## IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

We **DENY** appellant's July 28, 2015 motion to expedite submission hearing. The case will be submitted in due course.

/s/     ELIZABETH LANG-MIERS
        JUSTICE